# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR 2 4 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

United States of America
v.

**ALVIN NORLEE MOORE III**

*Defendant(s)*

Case No. 2:15mj 177

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

In or about November 2014, to on or about December 14, 2014, in the city of Virginia Beach, in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of a Child |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

_____
*Complainant's signature*

Shannon Brill, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 24, 2015

City and state: Norfolk, VA

_____
TOMMY E. MILLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*